BARBER v. DIXON

No. 328P83.

Case below: 62 N.C. App. 455.

Petition by defendant for discretionary review under G.S. 7A-31 denied 9 August 1983.

BELK v. ALISA, INC.

No. 312P83.

Case below: 62 N.C. App. 328.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 9 August 1983.

CHURCH v. G. G. PARSONS TRUCKING CO.

No. 295P83.

Case below: 62 N.C. App. 121.

Petition by defendant for discretionary review under G.S. 7A-31 denied 9 August 1983.

HARRELL v. HARRIETT AND HENDERSON YARNS

No. 198PA83.

Case below: 56 N.C. App. 697.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 9 August 1983.

HUTCHENS v. HANKINS

No. 367P83.

Case below: 63 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 denied 9 August 1983.